# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Short,<br><br>      Plaintiff,<br><br>v.<br><br>David Berger, et al.,<br><br>      Defendants. | **NO. CV-22-00444-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Court's Order filed May 16, 2025, which granted Defendants' Motion to Dismiss, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

May 16, 2025

                                            s/ K. James
                                  By   Deputy Clerk